IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

STEVE WARD                                                                           PLAINTIFF

CIVIL ACTION NO.: 2:08-CV177PA

TUNICA COUNTY BOARD OF
SUPERVISORS, In Their Official
Capacities; CEDRIC BURNETT,
PRESIDENT, BOARD OF SUPERVISORS,
In His Official Capacity, K.C. HAMP,
SHERIFF OF TUNICA COUNTY, In
His Official Capacity and, In the Alternative,
In His Personal Capacity; GEORGE WALKER,
DIRECTOR OF INTERNAL AFFAIRS,
In His Official Capacity; and JOHN DOES, 1-25.                                       DEFENDANTS

_____

**AGREED ORDER TRANSFERRING WRITTEN DISCOVERY AND
DEPOSITIONS FROM STATE COURT ACTION**
_____

This cause came to be heard on the *ore tenus* motion of the Parties to transfer all written discovery and depositions previously taken in the state court litigation, Tunica County Circuit Court No. 2007-0001, to this cause as if conducted herein. This Court having considered the same and having recognized that this is an agreed order, finds that the relief requested is well-taken.

IT IS THEREFORE ORDERED that all written discovery and depositions taken by the parties in the state court action shall be transferred to this cause as if conducted herein.

SO ORDERED AND ADJUDGED, this the 21st day of September, 2008.

/s/David A. Sanders_____
UNITED STATES MAGISTRATE JUDGE

1