IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**STEVE WARD**                                                                     **PLAINTIFF**

**V.**                                                                 **NO. 2:08CV177-DAS**

**TUNICA COUNTY BOARD**
**OF SUPERVISORS, ET AL.**                                                    **DEFENDANTS**

## ORDER

Presently before the court is the plaintiff's unopposed motion to compel discovery [# 26] filed October 30, 2009. The plaintiff alleges that he requested production of a copy of the jail docket for the Tunica County Jail in discovery requests and that the defendants have objected to the "reproduction" of the information on the ground that it would be unduly burdensome. The plaintiff further states that the parties scheduled a meeting on November 2, 2009, to inspect the docket and attempt to resolve the matter. However, the plaintiff's counsel has today advised the court that the parties failed to reach an agreement.

Notwithstanding the defendants' failure to respond to the motion, the court finds the motion should be denied. As an initial matter, the plaintiff's motion is untimely as the discovery deadline expired on October 16, 2009. Local Rule 7.2(B)(2) mandates that discovery motions "be filed sufficiently in advance of the discovery deadline so as to not affect the deadline." Secondly, the plaintiff has failed to certify or even state that the parties conferred in good faith pursuant to Local Rule 37.1(A) prior to the filing of this motion. Lastly, in contravention of Local Rule 37.1(B), the plaintiff has failed to provide any reason in support of the motion. For these reasons, the plaintiff's motion to compel is hereby **DENIED**.

**THIS** 20th day of November, 2009.

                                                         /s/ David A. Sanders
                                                      UNITED STATES MAGISTRATE JUDGE