**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**STEVE WARD**                                                                 **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO. 2:08CV177-DAS**

**TUNICA COUNTY BOARD OF
SUPERVISORS, ET AL.**                                             **DEFENDANTS**

**FINAL JUDGMENT**

The parties in the above entitled action have consented to trial and entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit. Consistent with the Memorandum Opinion entered by the court this date,

**IT IS, THEREFORE, ORDERED:**

1. That the defendants' Motion for Summary Judgment (# 24) is hereby **GRANTED**;

2. That judgment is hereby entered in favor of the defendants on all of the plaintiff's claims against them; and

3. All costs are taxed to the plaintiff pursuant to FED.R.CIV.P. 54(d)(1).

**THIS**, the 22nd day of December, 2009.

                                                              /s/ David A. Sanders
                                                              U. S. Magistrate Judge